UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN METAL INDUSTRY PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> PAUL BRONG MACHINE WORKS, LLC, <br><br> Defendant. | CASE NO. C17-1009JLR <br><br> ORDER |

Based on Federal Rule of Civil Procedure 16(b)(2), Local Civil Rule 16(a), and Plaintiff Board of Trustees of the Western Metal Industry Pension Fund's representation that the parties are "near settlement" (OSC Resp. (Dkt. # 5) at 1), the court finds good cause to delay issuing both the Order Regarding Initial Disclosures and Joint Status

//

//

Report and the Minute Order Setting Trial and Related Dates until further order of the court.  See Fed. R. Civ. P. 16(b)(2); Local Rules W.D. Wash. LCR 16(a).

Dated this 26th day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2